Case 1:08-cr-00544   Document 6   Filed 07/10/2008   Page 1 of 1

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

JAVIER GOMEZ
JOSE M MELGAR
JOSE G MELGAR

Case Number: 08CR 544 (1-3)

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

JAVIER GOMEZ
JOSE M MELGAR
JOSE G MELGAR    Merel

**FILED**
JUL 10 2008
MAGISTRATE JUDGE JEFFREY COLE
UNITED STATES DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) | Ronald H Merel |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ Ronald H Merel |
| FIRM | Ronald H Merel & Associates |
| STREET ADDRESS | 5225 Old Orchard Road Suite 50 |
| CITY/STATE/ZIP | Skokie IL 60077 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER  312 644-1911 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☒  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☒   APPOINTED COUNSEL ☐ | |