## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 544 - 1-3 | **DATE** | 7/14/2008 |
| **CASE TITLE** | United States of America vs. Javier Gomez, et al. | | |

**DOCKET ENTRY TEXT**

Bond hearing set for 7/14/08 is reset to 7/16/08 at 1:15 p.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CDH |
|---|---|---|