Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 544 - 1 | **DATE** | 7/16/2008 |
| **CASE TITLE** | USA vs. Javier Jose Gomez | | |

**DOCKET ENTRY TEXT**

Bond hearing held and continued to 1/29/08 at 1:00 p.m.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | CDH |
|---|---|---|