Minute Order Form (06/97)

## United States District Court, Northern District of Illinois

MAGISTRATE JUDGE COLE    08 GJ 808

| Name of Assigned Judge or Magistrate Judge | ~~JUDGE MANNING~~ | Sitting Judge if Other than Assigned Judge | S |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 0544 | **DATE** | AUGUST 8, 2008 |
| **CASE TITLE** | US v. JAVIER GOMEZ, & JOSE M. MELGAR | | **FILED** |

**MOTION:**

[In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

AUG X 5 2008

---

### GRAND JURY PROCEEDING

MAGISTRATE JUDGE JEFFREY COLE
UNITED STATES DISTRICT COURT
8-5-08

The Grand Jury for the _____ SPECIAL FEBRUARY 2008-1 _____ Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge _____

---

**DOCKET ENTRY:**

NO BOND SET, DETAINED BY MAGISTRATE AT TO BOTH DEFENDANTS.

SIGNATURE OF JUDGE
OR MAGISTRATE JUDGE _____    (ONLY IF FILED UNDER SEAL)

| | | | | Number of notices | DOCKET# |
|---|---|---|---|---|---|
| | No notices required, advised in open court. | | | Date docketed | |
| | No notices required. | | | Docketing dpty. initials | |
| | Notices mailed by judge's staff. | | | | |
| | Notified counsel by telephone. | | | Date mailed notice | |
| | Docketing to mail notices | | | | |
| | Mail AO 450 form. | | | Mailing dpty. initials | |
| | Copy to judge/magistrate judge. | | | | |
| | Courtroom Deputy Initials | Date/time received in Central Clerk's office | | | |