Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 CR 544 (1-2) | DATE | 8/8/2008 |
| CASE TITLE | United States of America vs. Javier Gomez and Jose M. Melgar | | |

**DOCKET ENTRY TEXT**

Arraignment held. Mr. Rascia appears for both defendants. Defendants acknowledge understanding the charges in the indictment and maximum penalties. Javier Gomez and Jose M. Melgar enter a plea of not guilty to all counts of the indictment. 16.1(a) conference by 8/13/08; Pretrial motions due by 8/27/08; Response due 9/10/08; Reply due by 9/24/08. Status hearing is set for 8/28/08 at 11:00 a.m before Judge Manning. Time excluded from 8/8/08 to and including 8/28/08 pursuant to 18 USC § 3161 (h)(1)(F). (X-E).

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | CDH |
|---|---|---|